**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

WALTER PRINGLE,

       Plaintiff,

v.                                                    Case No: 6:16-cv-828-Orl-40TBS

OCWEN LOAN SERVICING, LLC,

       Defendant.
_____/

## ORDER

This cause comes before the Court following review of the Joint Stipulation for Final Order of Dismissal with Prejudice, in which the parties stipulate to the dismissal of the above-captioned action with prejudice and request that this Court retain jurisdiction to enforce the terms and conditions of their settlement agreement. (Doc. 24). By requesting that this Court retain jurisdiction to enforce the terms and conditions of their settlement agreement, the Court interprets the request to be a condition of the effectiveness of the stipulation on the Court's entry of an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Jurisdiction is expressly retained solely for the purpose of enforcing the Settlement Agreement.

2. The Joint Stipulation for Final Order of Dismissal with Prejudice (Doc. 24) is approved, adopted and ratified.

3. The Clerk of Court is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on September 12, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties